# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY CASE NO.: |
| DIANA DEARMAN ROEHRIG, ) | 19-00814-TOM-7 |
| ) | |
| Debtor. ) | |

## MOTION TO COMPEL INSPECTION OF PROPERTY AND CONTENTS

Comes now André M. Toffel, trustee of the above case ("Toffel") and moves for an order to direct the debtor to allow Toffel's representative to have access to, inspect and photograph the debtor's home and its contents. In support of this motion, Toffel would show this Court as follows:

1. Toffel is the trustee in this case.

2. Toffel has requested in writing to have his representatives inspect the house and contents of the debtor.

3. Debtor through counsel has refused Toffel's request (by ignoring same).

4. It is necessary for Toffel's representatives to inspect the debtor's house, its contents and to memorialize same with photographs.

WHEREFORE, Premises Considered, Toffel prays this Court will enter an order authorizing Toffel's representative to have access to, inspect and photograph the debtor's home and its contents. Toffel prays for such further and additional relief as this Court deems appropriate.

Respectfully submitted,

/s/William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

Of Counsel:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
205-328-0464
schillinglawoffice@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above and foregoing upon the following via email this the 1st day of May 2019.

Ms. Paula C. Greenway
greenwaybankruptcylaw@gmail.com

Mr. André M. Toffel
atoffel@toffelpc.com

        /s/William Dennis Schilling
        Of Counsel